# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2025-2646
LT Case No. 2021-303616-CFDB
_____

JAMES SIMMONS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Volusia County.
Kathryn Diane Weston, Judge.

David Maldonado, of The Maldonado Law Firm, P.A., Lakeland, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Alyssa M. Williams, Assistant Attorney General, Daytona Beach, for Appellee.

August 6, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and SOUD and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____